```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

ED PAYNE, et al.,            }
                             }
     Plaintiffs,             }
                             }       CIVIL ACTION NO.
v.                           }       08-AR-2032-S
                             }
CAPITAL MANAGEMENT SERVICES, }
L.P.,                        }
                             }
     Defendant.              }

## ORDER

Pursuant to the joint stipulation of dismissal filed on January 5, 2009, by plaintiffs and defendant, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 6th day of January, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE